**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PATENT HARBOR, LLC** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:11-cv-00229 |
| | § | |
| v. | § | |
| | § | |
| **DREAMWORKS ANIMATION SKG, INC., ET AL.** | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| Defendants. | § | |

**CLERK'S ENTRY OF DEFAULT OF
DEFENDANT AFTER DARK FILMS, LLC**

Plaintiff Patent Harbor, LLC has requested the entry of default of Defendant After Dark Films, LLC ("After Dark") pursuant to Federal Rule of Civil Procedure 55(a). From the affidavit of R. Scott Reese submitted in support of Plaintiff's Request and the Court's record in this action, the Clerk finds that Defendant After Dark has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Defendant After Dark is hereby entered.



DAVID J. MALAND, CLERK
UNITED STATES DISTRICT CLERK
EASTERN DISTRICT OF TEXAS

By: _____
Deputy Clerk

**12/5/11**