IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PATENT HARBOR, LLC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:11cv229 LED-JDL |
| | § | |
| **DREAMWORKS ANIMATION SKG,** | § | |
| Inc. et al, | § | |
| | § | |
| Defendants. | | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment.  Plaintiff Patent Harbor LLC filed suit against four (40) Defendants in this case on May 9, 2011.  Since that time, all Defendants have been dismissed: After Dark Films, LLC (Doc. No. 501), CBS Films, Inc. (Doc. No. 113), Castle Rock Entertainment, Inc. (Doc. No. 366), Digital Playground, Inc. (Doc. No. 421), DreamWorks Animation Home Entertainment, LLC, DreamWorks Animation SKG, Inc., DreamWorks Animation, LLC, DreamWorks Studios (Doc. Nos. 372, 373), Elegant Angel, Inc. (Doc. No. 432), Evil Angel Productions, Inc. (Doc. No. 420), Freestyle Releasing, LLC (Doc. No. 106), GGW Brands, LLC (Doc. No. 436), Happy Madison, Inc. (Doc. No. 326), Home Box Office, Inc. (HBO) (Doc. No. 366), Illumination Entertainment, LLC (Doc. No. 241), Legendary Pictures, Inc. (Doc. No. 318), Lucasfilm Ltd. (Doc. No. 320), MTV Films (Doc. No. 316), Metro-Goldwyn-Mayer, Inc. (Doc. No. 380), Miramax Films (Doc. No. 374), New Sensations, Inc. (Doc. No. 427), Nickelodeon Movies (Doc. No. 317), PHE, Inc. (Doc. No. 422), Paramount Home Entertainment, Inc., Paramount Pictures Corporation (Doc. No. 524), Phoenix Pictures, Inc. (Doc. No. 375), Pixar d/b/a Pixa Animation Studios (Doc. No. 227), Private Media Group, Inc. (Doc. No. 512), Pulse

Distribution, LLC (Doc. No. 520), Relativity Media, LLC (Doc. No. 325), Roadside Attractions LLC (Doc. No. 404), Rogue Pictures (Doc. No. 325), Sin City Digital Inc. a/k/a Adult Digital Media, Inc. (Doc. No. 521), Spyglass Entertainment Holdings, LLC, Spyglass Entertainment, Inc. (Doc. No. 319), United Artists Corporation (Doc. No. 381), Focus Features, LLC, Universal Pictures, Universal Studios Home Entertainment, LLC (Doc. No. 526), VCX Ltd., Inc (Doc. No. 510).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of October, 2012.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**